SHERBURNE COUNTY

**Health & Human Services**
**Amanda Larson, Director**
Sherburne County Government Center
13880 Business Center Drive, Suite 100
Elk River, MN 55330-1692
(763) 765-4000
1-800-433-5239
fax (763) 765-4096
Public Health fax (763) 765-4004

July 23rd, 2026

To Whom It May Concern:

This letter is to inform you that Bryan Bautista-Duarte, a current inmate at the Sherburne County Jail, began participating in group therapy on 7/10/26. The mental health therapy program contains six groups, and Bryan is currently participating and engaging in the **Mini DBT Group**, which began for him on 7/10/26 with week 1, he completed weeks 1 and 2, then was moved to another housing unit where he started at week 6 of the **DBT Group**. As of 7/23/26, Bryan has completed 3 out of 10 weeks. Bryan also plans to attend and engage in other group programming offered.

The Sherburne County Jail Therapeutic Program began in February 2022 and was created by Ashley Kranz, MS, LPCC-S, NCC, LSC and Jamie Sunnarborg LICSW, LADC. Ashley and Jamie are both fully licensed and board certified clinical mental health therapists who wanted to bring the world of outpatient mental health services inside a correctional facility. Clients participating in the group programming are assessed and their progress is monitored through documentation such as treatment plans, weekly homework, and overall attendance.

Each of the six groups meet once per week for 1-1.5 hours. The purpose of the groups is to increase awareness of stressors, triggers and emotions, and to teach coping skills for clients to utilize when faced with difficult situations. This is a voluntary program that is being offered at the jail and clients can withdraw from group at any time.

Respectfully,

*Ashley Kranz, MS, LPCC-S, NCC, LSC* *Jamie Sunnarborg, LICSW, LADC*
Ashley Kranz, MS, LPCC-S, NCC, LSC Jamie Sunnarborg, LICSW, LADC

SHERBURNE COUNTY

**Sherburne County Jail- Group Informational Sheet**

**Psychoeducation Group:** The Psychoeducation Group was designed to have individuals be introduced to the overall group process with combining information from two well-known therapeutic modalities: Cognitive Behavioral Therapy and Dialectical Behavioral Therapy. Individuals learn about common anxiety and depression symptoms; the window of tolerance/hand brain model/stress responses (helps with understanding the mind/body connection with mental health symptoms); behavioral change utilizing reinforcement strategies; and, how to break automatic negative thinking patterns.

**Cognitive Behavioral Therapy Group (CBT):** CBT is a therapeutic modality developed in the 1960's by American psychiatrist, Dr. Aaron T. Beck. The focus of CBT is to utilize cognitive techniques to reframe negative automatic thoughts and core beliefs. Individuals engaging and participating in this group will learn strategies to identify and change certain thoughts, feelings and behaviors.

**Mini Dialectical Behavioral Therapy Group (DBT):** DBT is an evidence-based therapeutic modality developed in the late 1980's by Dr. Marsha Linehan. DBT it typically a more intensive therapeutic modality to help individuals replace unhelpful behaviors and emotions with more helpful skills that range from four different areas: Mindfulness, Distress Tolerance, Interpersonal Effectiveness, and Emotional Regulation. DBT is highly effective with reducing any suicidal ideation, self-harming urges, tolerating distress (crisis situations), and increasing emotional regulation amongst oneself while enhancing relationship dynamics with others. The material provided in the Mini DBT Group is catered to a correction environment with hopes of establishing awareness and change through a dialectical lens.

**Life Skills Group:** This group focuses more on the reentry process from correctional institutions back into the community. The Life Skills Group is six weeks long and topics learned include: how to apply for employment with a criminal record; understand how to obtain automotive and health/life insurance; budgeting and financial tools; and nutritional information.

**Trauma-Informed (TI) Group:** The TI Group incorporates information and knowledge around what trauma is; understanding different attachment styles; along with how Adverse Child Experiences (ACES) impact the brain, behavior, and physiology of someone who has experienced trauma. The group also focuses on how to begin healing from traumatic experiences with specific trauma therapy modalities.

**Grief and Loss Group:** The structure of the group is to obtain knowledge about grief and loss through definitions, theories and models, and coping skills while also integrating group processing time for individuals to discuss their emotions/feelings and experiences connecting with other group members.

**Book Club:** The Book Club was created for individuals who have completed the six groups listed above and are interested in connecting material read to the previous topics and information learned. Individuals read work by Brene Brown, Dr. Nadine Burke Harris, Oprah Winfrey, Dr. Bruce Perry, Dr. Bessel van der Kolk, etc.